IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
BADANCO ACQUISITION LLC                             : Case No. 09-11638 (CSS)
a Delaware Limited Liability Company, et al.,[1]    :
                                                    : Jointly Administered
                       Debtors.                     :
---------------------------------------------------------------------- x  Ref. Docket Nos. 16 and 106

## AUCTION AND SALE NOTICE

**PLEASE TAKE NOTICE** that on May 11, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Motion for an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 (I)(A) Approving Procedures in connection with Sale of Debtors' Assets; (B) Approving Form of Asset Purchase Agreement; (C) Scheduling Auction and Hearing to Consider Approval of Sale; (D) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (E) Approving Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II)(A) Authorizing Sale of Such Assets Pursuant to Asset Purchase Agreement, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 16] (the "Bidding Procedures Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors have received a Qualified Bid from the Purchaser. All parties that may be interested in submitting a bid for the Acquired Assets or any portion thereof or taking part in the Auction (as defined below) must read carefully the Bidding Procedures as outlined in the Bidding Procedures Order (as defined below).

Only those parties that submit Qualified Bids may participate in the Auction (as defined below); if you are interested in determining how to submit such a Qualified Bid, you must comply with the terms of the Bidding Procedures as referenced in the Order approving the Bidding Procedures Motion [Docket No. 106] (the "Bidding Procedures Order"). Any party in interest wishing to receive a complete set of the Asset Purchase Agreement, the Bidding Procedures Motion and the Bidding Procedures Order may do so free of charge upon request of Debtors' counsel, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801 (Attn: Anastasia Joseck).

A Qualified Bidder that desires to make a Bid shall deliver written copies of its bid to: (a) the Debtors, 994 Riverview Drive, Totowa, NJ 07515 (Attn: Hobart G. Truesdell); (b) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801 (Attn: Robert S. Brady, Esquire and Kenneth J. Enos, Esquire); (c) financial advisors to the Debtors, Financo, Inc., 535 Madison Avenue, New York, NY 10022 (Attn: David Inauen); (d) counsel to the Purchaser, Olshan Grundman Frome Rosenzweig & Wolosky LLP, 65 East 55th Street, New York, NY 10022 (Attn: Adam H. Friedman, Esquire), and Landis Rath and Cobb, LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801 (Attn: Adam G. Landis, Esquire); (e) the Office of the United States Trustee, 844 King Street, Suite 2313, Lock Box 35, Wilmington, DE 19801 (Attn: Mark Kenney, Esquire); and (f) proposed counsel to the Committee, Cozen O'Connor, Chase Manhattan Centre, 1201 North Market Street, Suite 1400, Wilmington, DE 19801 (Attn: Mark E. Felger, Esquire) (collectively, the "Bidding Notice Parties"), not later than **4:00 p.m. (Eastern Time) on July 22, 2009** (the "Bid Deadline") and shall comply with the requirements set forth in the Bidding Procedures for making such bid.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Badanco Acquisition LLC (1700), Randa Luggage Inc. (f/k/a Badanco Enterprises, Inc.) (1110), and Randa Luggage Holdings Corp. (f/k/a Badanco Parent Company, Inc.) (1054). The mailing address for each of the Debtors is 994 Riverview Drive, Totowa, New Jersey 07512.

[2] All capitalized terms not herein defined shall have the same meaning ascribed to them as in the Bidding Procedures Motion and the Bidding Procedures, as appropriate.

If a Qualified Bid other than the Purchaser's Bid is timely received, the Auction will be held on July 28, 2009 at 10:00 a.m (Eastern Time), and the Debtors shall notify the Bidding Notice Parties and all Qualified Bidders which have submitted a Qualified Bid and expressed their intent to participate in the Auction as to the time and place of the Auction designated by the Debtors not later than 4:00 p.m. (Eastern Time) on July 24, 2009. If however, no such Qualified Bid is received by the Bid Deadline, then the Auction will not be held, the Purchaser will be deemed the Successful Bidder, the Asset Purchase Agreement will be the Successful Bid, and, at the Sale Hearing scheduled for July 29, 2009 at 10:00 a.m. (ET), the Debtors will seek approval of and authority to consummate the transaction contemplated by the Asset Purchase Agreement.

Only a Qualified Bidder which has submitted a Qualified Bid will be eligible to participate at the Auction. Only the authorized representative of each of the Qualified Bidders and the Debtors shall be permitted to participate in the Auction. The Auction will be conducted openly and all creditors will be permitted to attend. At the Auction, Qualified Bidders will be permitted to increase their bids. The bidding at the Auction shall begin initially with the highest Baseline Bid as disclosed to all Qualified Bidders prior to commencement of the Auction, and continue in minimum increments of at least $100,000. The highest, best or otherwise financially superior offer for the Acquired Assets shall be determined by the Debtors in their discretion, in consultation with the Committee, or as determined by the Bankruptcy Court in the event of a dispute.

At the Sale Hearing, the Debtors will present the Successful Bid to the Bankruptcy Court for approval. The Debtors will sell the Acquired Assets or any portion thereof to the Successful Bidder, or to the Purchaser in accordance with the Asset Purchase Agreement if a higher or otherwise better Qualified Bid is not received and accepted as the Successful Bid. If the Successful Bidder fails to consummate an approved Sale because of a breach or a failure to perform on the part of such Successful Bidder, the Debtors shall be authorized, but not required, to deem the Back-up Bid, as disclosed at the Sale Hearing, the Successful Bid, and the Debtors shall be authorized, but not required, to consummate the sale with the Qualified Bidder submitting such Bid without further order of the Bankruptcy Court.

If you seek to object to the sale of the Acquired Assets or any portion thereof, you must comply with the terms for making such objections as set forth in the Bidding Procedures Motion and the Bidding Procedures Order. Such Objections must be filed with the Bankruptcy Court and served on the Bidding Notice Parties no later than **4:00 p.m. (Eastern Time) on July 22, 2009**. If any party fails to timely file and serve an objection in accordance with the Bidding Procedures Order, the Bankruptcy Court may disregard such objection.

Dated: Wilmington, Delaware
June 4, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession