IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
BADANCO ACQUISITION LLC                             :    Case No. 09-11638 (CSS)
a Delaware Limited Liability Company, et al.,[1]    :
                                                    :    Jointly Administered
                            Debtors.                :
                                                    :    Ref. Docket No. 225
---------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105(a) AND 1112(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1017(a), DISMISSING THEIR CHAPTER 11 CASES

On September 3, 2009, Badanco Acquisition LLC, a Delaware limited liability company, and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed their Motion for an Order, Pursuant to Sections 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), Dismissing Their Chapter 11 Cases [Docket No. 225] (the "Motion"). Subsequent to the filing of the Motion, the Debtors received comments from the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases regarding the Motion. The Debtors have worked with the Committee to address its concerns and have resolved its issues through changes to the proposed form of order filed with the Motion (the "Proposed Order").

Attached hereto as Exhibit A is a revised Proposed Order (the "Revised Proposed Order").[2] The Debtors submit that the Revised Proposed Order is appropriate and consistent with the Debtors' discussions with the Committee, and that entry of the order is in the best

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Badanco Acquisition LLC (1700), Randa Luggage Inc. (f/k/a Badanco Enterprises, Inc.) (1110), and Randa Luggage Holdings Corp. (f/k/a Badanco Parent Company, Inc.) (1054). The mailing address for each of the Debtors is 994 Riverview Drive, Totowa, New Jersey 07512.

[2] For ease of reference, attached hereto as Exhibit B is a copy of the Revised Proposed Order marked against the Proposed Order.

interests of the Debtors, their estates and creditors. Accordingly, the Debtors respectfully request the Court to enter the Revised Proposed Order at its earliest convenience without further notice or a hearing.

Dated: Wilmington, Delaware
September 23, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert F. Poppiti, Jr.

Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession